**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:24-bk-03075-LVV** |
| | **CHAPTER 11** |
| **ABIDE BRANDS, INC.** | |
|     Debtor. | |
| _____/ | |
| **In re:** | **CASE NO.: 6:24-bk-03076-LVV** |
| | **CHAPTER 11** |
| **PAYKICKSTART, LLC** | |
|     Debtor. | |
| _____/ | |

**JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**

**ABIDE BRANDS, INC.** ("**ABIDE**") and **PAYKICKSTART, LLC** ("**PayKickstart**"), the above-captioned affiliated debtors and debtors-in-possession, (collectively referred to herein as the "**Debtors**" – where appropriate), by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1 and Local Rule 2081-1, hereby file their *Joint Chapter 11 Case Management Summary*, and state as follows:

    1.    On June 19, 2024 (the "**Petition Date**"), Debtors filed their respective petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors continue to operate their respective businesses and manage their assets as debtors-in-possession in accordance with their duties and responsibilities under the Bankruptcy Code. Additional information regarding the Debtors' business can be found at www.paykickstart.com.

**I. Description of Each Debtor's Business**

*A. ABIDE BRANDS, INC.*

2.     Abide is a Delaware company formed on May 10, 2022, which maintains its principal business address and place of business is located at: 508 Lake Cove Pointe Circle, Winter Garden, Florida 34787.

3.     Abide is managed and controlled by its sole-shareholder, Mr. Jared Schneider, and operates as an acquisition, management and holding company for software assets. Abide currently holds and manages its interests in PayKickstart, LLC.

### B.  PayKickstart, LLC

4.     PayKickstart is Indiana company organized on April 13, 2015. which maintains its principal business address and place of business is located at: 508 Lake Cove Pointe Circle, Winter Garden, Florida 34787.

5.      PayKickstart is wholly owned and operated by Mr. Jared Schneider who currently manages all material aspects of its operation as sole-managing member. PayKickstart is a software development company which provides e-commerce payment solutions for a wide variety of clientele. Since inception, PayKickstart has developed payment software options for over 3,500 clients and has facilitated over $1.6B in payment transactions.

## II. Reasons for Bankruptcy Filings

6.     During the First Quarter of 2024, the Debtors engaged in discussions to sell their assets to an interested party with the hope of generating sufficient funds to satisfy their respective secured and unsecured loan obligations. Sale negotiations were complicated in May and June 2024 when Debtors began to receive creditor and investor demands regarding missed note payments. On June 11, 2024, PayKickstart received a demand letter from Boopos Warehouse, LLC alleging a default on a $1.8 million promissory note. The Boopos demand complicated sale discussions and with a potential lawsuit looming which would complicate matters further, Debtors elected to utilize the Chapter 11 process to consolidate their respective operations, finalize an asset sale, and satisfy

creditor obligations for the benefit of their respective estates. Debtors anticipate submitting a Chapter 11 plan within the first 30 days of this case to facilitate the sale process.

### III. Debtors' Gross Revenue

$1,129,416.00 – 2021

$1,244,755.00 – 2022

$1,229,840 – 2023

PayKickstart upstreams revenues to Abide on account of its interest to cover administrative and debt repayment obligations.

### IV. Ownership Interests in the Debtors

6. Abide is owned and managed by Mr. Schneider who owns 100% of all shares in Abide.

7. PayKickstart is owned 100% by Mr. Schneider who serves as its managing-member.

### V. Amounts Owed to Various Classes of Creditors

8. As of the Petition Date, Abide and PayKickstart were indebted to the following creditors in the following approximate amounts:

**Abide ------------ Debt Structure**

**Secured Claims:**

Boopos Warehouse - $1,800,000.00

**Unsecured Claims**:
American Express - $12,636.30
CapitalX - $100,000.00
Chase - $4,144.80
Cole Schrimsher - $50,000.00
Darrell Carpenter - $100,000.00
Diane Schneider - $100,000.00
Inet Innovation, Inc. – 1,500,000.00
Jared Schneider - $60.00
Jeremey Ryckman - $50,000.00
Jeremy Sainlar - $500,000.00

    Jeremy Sainlar - $100,000.00
    Mana Syndicate - $96,260.00
    Mana Ventures - $15,000.00
    Mana Ventures - $15,000.00
    Mana Ventures - $476,675.00
    Search Creatively, LLC - $150,000.00
    <u>Stephen & Carly - $100,000.00</u>

**Total Claims:**        **$3,369,776.11**

**<u>PayKickstart ------------ Debt Structure</u>**

**Secured Claims**:

    <u>Boopos Warehouse - $1,800,000.00</u>

**VI.    <u>General Description and Approximate Value of Debtors' Current and Fixed Assets</u>**

    9.  The Debtors' main assets include cash on hand ($66,119.62 – PayKickstart and $105.69 – Abide). Abide and PayKickstart own software assets with an approximate value of $6,750,000.00, but have not been formally appraised.

**VII.    <u>Number of Employees and Amounts of Wages Owed as of Petition Date</u>**

    10.  As of the Petition Date, PayKickstart employs ten (10) employees which include nine (9) 1099 independent contractors and Mr. Schneider. The employees are scheduled to be paid on June 24, 2024 for the period covering June 8 through June 21. The approximate gross payroll for the prepetition pay period is: $13,338.46.

**VIII.    <u>Anticipated emergency relief to be requested within 14 days from the Petition Date</u>**

    11. Debtors anticipate the following emergency motions:

        1) Motion for Authorization to Use Cash Collateral

        2) Motion for Authorization to Pay Pre-Petition Wages

        3) Motion for Authorization to Pay Officer Affiliate Salaries

        4) Motion for Joint Administration of Bankruptcy Cases

**RESPECTFULLY SUBMITTED** this 20th day of June, 2024.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
bknotice@lathamluna.com
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorney for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**  CASE NO.: 6:24-bk-03075-LVV
 CHAPTER 11
**ABIDE BRANDS, INC.**

 **Debtor.**
_____/

**In re:**  CASE NO.: 6:24-bk-03076-LVV
 CHAPTER 11
**PAYKICKSTART, LLC**

 **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the **JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**, has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Abide Brands, Inc.,** 508 Lake Cove Pointe Circle, Winter Garden, FL 34787; **PayKickstart, LLC,** 508 Lake Cove Pointe Circle, Winter Garden, FL 34787; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 20th day of June, 2024.

 /s/ Daniel A. Velasquez
 **Daniel A. Velasquez, Esq.**