ORDERED.

Dated: July 23, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Abide Brands, Inc., ) | Case No. 6:24-bk-03075-LVV |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Jointly Administered[1] |

**ORDER SCHEDULING (I) HEARING ON CONFIRMATION OF PLAN,
(II) TRIAL ON SALE (III) DEADLINES WITH RESPECT
TO CONFIRMATION HEARING AND SALE AND
(IV) DEADLINES FOR FILING ADMINISTRATIVE EXPENSE APPLICATIONS**

THIS CASE came before the Court on July 11, 2024. After reviewing the pleadings, considering the position of all parties in interest and for the reasons stated in open court, it is

**ORDERED**:

1. **Combined Trial and Confirmation Hearing**. An **evidentiary hearing and trial** will be held **August 28, 2024 at 2:00 p.m**. (collectively "Trial") before the Honorable Lori V. Vaughan, United States Bankruptcy Judge in Courtroom C, Sixth Floor, of the United States Bankruptcy Court, 400 West Washington Street, Orlando, Florida 32801 on the following matters:

- Confirmation of Joint Plan of Reorganization for Abide Brands, Inc. and PayKickstart, LLC ("Plan") (Doc. No. 33);

---

[1] Jointly administered cases: Abide Brands, Inc. Case No: 6:24-bk-03075-LVV and PayKickstart LLC, Case No. 24-bk-03076-LVV.

1

- Any Objections to the Plan;

- Motions for Nonconsensual Confirmation under 11 U.S.C. § 1191(b);

- Applications for Compensation of Professionals;

- Applications for Allowance of Administrative Claims;

- Debtor's Motion for (I) An Order Approving Bidding and Notice Procedure for the Sale of Substantially all of their Assets; and (II) An Order (A) Authorizing the Sale of Assets; and (B) Scheduling Auction and Final Approval of Sale; and (C) Granting Certain Related Relief (Doc. No. 18)

2. **Appearance at the Trial**. **The Trial will be in person. All parties must attend the Trial in person.**

3. **Continuances and Dismissal or Conversion.** The Trial may be continued from time to time by announcement made in open Court without further notice. If the Court does not confirm a plan at the Trial, the Court may consider dismissal, conversion of the case to Chapter 7 or other relief requested by motion scheduled for Trial.

4. **Service of Solicitation Package**. No later than five days after entry of this Order, debtor, through counsel, shall serve by mail all parties entitled to service under Federal Rule of Bankruptcy Procedure 3017(d) with copies of the Plan, this Order, and ballots for accepting or rejecting the Plan. Counsel shall file a certificate of such service within three days thereafter.

5. **Date for Accepting or Rejecting Plan.** Creditors and other parties in interest shall file their written acceptances or rejections of the Plan (ballots) no later than seven (7) days before the Trial.

6. **Objections to Confirmation of the Plan.** Objections to confirmation of the Plan shall be filed no later than seven (7) days before the Trial.

7. **11 U.S.C. §1111(b) Election.** An election under 11 U.S.C. §1111(b) must be filed no later than seven (7) days before the Trial.

8. **Ballot Tabulation**. As required by Local Bankruptcy Rule 3018-1, debtor shall file a ballot tabulation no later than two (2) days before the Trial.

9. **Confirmation Affidavit.** Debtor shall file a confirmation affidavit containing the factual basis to establish each of the requirements of 11 U.S.C. §1191 no later than two (2) days before the Trial.

10. **Administrative Claim Bar Date.** All creditors and parties in interest that assert a claim against the debtor that arose after the filing of this case under 11 U.S.C. § 503(b), including all professionals seeking compensation from the debtor under 11 U.S.C. § 330, must file applications for these claims no later than 21 days before the Trial. Applications timely filed and properly noticed will be heard at Trial.

11. **Matters Scheduled for Trial**. Parties are directed to comply with all requirements of Local Rules 7001-1 and 9070-1, unless modified by this order.

12. **Pretrial Disclosure**. Unless modified by this order, Fed. R. Civ. P. 26(a)(3) governs pretrial disclosures. Parties shall file any designations of depositions at least 28 days before Trial. Objections to the use of depositions shall be filed within 14 days of the disclosure.

13. **Witnesses.** Parties shall exchange names and addresses of witnesses within 14 days after entry of this Order. Parties may supplement their witness lists as dictated by discovery up until 14 days before Trial.

14. **Exhibits.** Parties shall exchange exhibits no later than seven (7) days before the Trial. Unless written objection to the admissibility of any exhibit is filed two (2) days before the Trial, any objection to admissibility (other than under Fed. R. Evid. 402 and 403) shall be deemed

waived.

15. **Expert Testimony**. As a condition of using expert testimony at trial, parties must comply with Fed. R. Civ. P. 26(a)(2) no later than 28 days before Trial.

16. **Discovery Deadlines & Cutoff.** Parties shall complete discovery no later than seven (7) days before Trial, except that parties may complete previously scheduled depositions up to the Trial date.

17. **Discovery Disputes**. The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

18. **Meet and Confer Requirement.** Counsel for all parties shall confer within seven (7) days prior to the Trial and seek in good faith to settle the case.

19. **Exhibit Binders.** Parties must bring binders of their exhibits to the Trial. Parties should bring a binder for the judge, opposing counsel and if applicable, the witness. Binders should not exceed two (2) inches. Each document in the binder should be separated by a tab and numbered. Numbers should correspond to the related exhibit number. Documents may be printed double-sided.

20. **Appropriate Attire.** You are reminded that Local Bankruptcy Rule 5072-1(b)(17) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops are not acceptable.

21. **Avoid Delays at Security Checkpoints**. Please note that a photo ID is required for entry into the Courthouse.

###

The Clerk is directed to serve a copy of this Order on all interested parties.